UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
COLETTE STROUDE, on behalf of herself and
all others similarly situated,

                      Plaintiffs,

            v.

MAJID JAMALI, DMD, P.C.,

                      Defendant.
----------------------------------------------------------X

ENDORSED ORDER

Case No. 1:23-cv-08336-RER-CLP

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for plaintiff Colette Stroude, and for defendant Majid Jamali, DMD, P.C., that this action, and all claims and counterclaims asserted therein, are dismissed, with prejudice and without costs to either party as against the other.

Dated: New York, New York
         April 19, 2024

STEIN SAKS, PLLC

*s/Mark Rozenberg*
_____
Mark Rozenberg, Esq.
One University Plaza, Suite 620
Hackensack, NJ 07601
T: (201) 282-6500
E: mrozenberg@steinsakslegal.com

*Attorneys for plaintiff*

LAROCCA, HORNIK, GREENBERG,
KITTREDGE, CARLIN
& MCPARTLAND LLP

*s/Patrick McPartland*
_____
Patrick McPartland, Esq.
40 Wall Street, 32nd Floor
New York, NY 10005
T: (212) 530-4837
E: pmcpartland@lhrgb.com

*Attorneys for defendant*

SO ORDERED:

            /s/ Ramón E. Reyes, Jr.
_____
~~U.S.D.C.J~~ U.S. District Judge, E.D.N.Y.
            Date 4/22/2024

The Clerk of the Court is directed to close this case.